## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA
## MINNEAPOLIS DIVISION

|  |  |
|---|---|
| In re | ) Chapter 7 |
| CRAIG R BORCHARDT, | ) Case No. 4-10-bk-40067 |
| Debtor(s) | ) BANKRUPTCY JUDGE<br>) NANCY C DREHER |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE Money Bank (BELK [Last four digit of account:0385]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    GE Money Bank
    c/o Recovery Management Systems Corp.
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Attn: Ramesh Singh
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
February 25, 2010

                                By: /s/ Ramesh Singh

                                Ramesh Singh
                                c/o Recovery Management Systems Corp.
                                Financial Controller
                                25 SE 2nd Avenue, Suite 1120
                                Miami, FL 33131-1605
                                (305) 379-7674

Assignee Creditor: BELK [Last four digit of account:0385]

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2010, a copy of the foregoing Request For Service of Notices was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

DANIEL S SCHLECK
Counsel for CRAIG R BORCHARDT


TIMOTHY D MORATZKA, Trustee



US Trustee




By: /s/ Ramesh Singh